UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CINDIE LOU ZWEEGMAN,<br><br>        Plaintiff,<br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:18-cv-1074-RSL-DWC<br><br>**ORDER FOR EAJA ATTORNEY FEES, COSTS AND EXPENSES** |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $5,105.38 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). This award is based on 3.41 hours of attorney work in 2018 at a rate of $201.60 per hour, and 21.63 hours of work in 2019 at a rate of $204.25 per hour. No expenses or costs are awarded.

Any check for EAJA fees shall be mailed to Plaintiff's attorney, DEBRA J. VENHAUS, at the following address: P.O. Box 12488, Mill Creek, WA 98082.

DATED this 13th day of September, 2019.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES, COSTS AND EXPENSES
2:18-cv-1074-RSL-DWC - 1