UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CINDIE LOU ZWEEGMAN

      Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

NO. 2:18-cv-1074-RSL

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant's non-opposition, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney DEBRA J. VENHAUS is awarded an attorney fee of $9,779.12, pursuant to 42 U.S.C. § 406(b). Social Security is directed to send $9,779.12 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

Dated this 21st day of December, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/DEBRA J. VENHAUS
DEBRA J. VENHAUS, WSBA #33458
Attorney for Plaintiff
P.O. Box 12488
Mill Creek, WA 98082
Tel: 425-332-3150

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)  No. 2:18-cv-1074-RSL-DWC - 2

Debra J. Venhaus, Attorney at Law
P.O. Box 12488
Mill Creek, WA 98082
Tel: 425-332-3150; Fax: 425-332-3195