UNITED STATES DISTRICT JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CINDIE LOU ZWEEGMAN

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

NO. 2:18-cv-1074-RSL-DWC

AMENDED ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)

**AMENDED ORDER**

Plaintiff filed an unopposed motion for an amended order for attorney's fees pursuant to 42 U.S.C. § 406(b) and having considered Plaintiff's motion and the supporting documents, it is hereby ORDERED that:

The Court GRANTS plaintiff's motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C. § 406(b) of $14,884.50 *less* previously awarded and received EAJA fees totaling $5,105.38 to equal a total fee of $9779.12, further *reduced by* the portion previously released in the amount of $4,673.74; for a remaining total to be released in the amount of $5105.38.

Defendant shall release the fee of **$5,105.38** minus any applicable processing

Debra J. Venhaus, Attorney at Law
P.O. Box 12488
Mill Creek, WA 98082
Tel: 425-332-3150; Fax: 425-332-3195

fee to Plaintiff's attorney, DEBRA J. VENHAUS, at P.O. Box 12488, Mill Creek, WA 98082.via automatic deposit.

DATED this 4th day of April, 2022.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) No. 2:18-cv-1074-RSL-DWC - 2

Debra J. Venhaus, Attorney at Law
P.O. Box 12488
Mill Creek, WA 98082
Tel: 425-332-3150; Fax: 425-332-3195

Presented by:

s/DEBRA J. VENHAUS
DEBRA J. VENHAUS, WSBA #33458
Attorney for Plaintiff
P.O. Box 12488
Mill Creek, WA 98082
Tel: 425-332-3150

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) No. 2:18-cv-1074-RSL-DWC - 3

Debra J. Venhaus, Attorney at Law
P.O. Box 12488
Mill Creek, WA 98082
Tel: 425-332-3150; Fax: 425-332-3195